IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| CARLOS ALBERTO GUTIERREZ HIDALGO,<br><br>    Petitioner,<br><br>v.<br><br>KRISTI NOEM, Secretary of the U.S. Department of Homeland Security; TODD M. LYONS, Director of U.S. Immigration and Customs Enforcement; Warden, West Tennessee Detention Facility; and PAM BONDI, Attorney General of the United States,<br><br>    Respondents. | No. 2:26-cv-02217-SHL-cgc |

**ORDER REQUIRING RESPONSE AND STAYING TRANSFER**

On March 2, 2026, pro se Petitioner Carlos Alberto Gutierrez Hidalgo filed the Emergency Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241. (ECF No. 2.) He states that he is a citizen of Venezuela who entered the United States on September 24, 2023. (Id. at PageID 3.) On October 30, 2025, Gutierrez Hidalgo was detained by ICE "without a criminal warrant." (Id.) After being diagnosed with colon cancer during ICE detention, he "challenges the constitutionality of his continued civil immigration detention and the denial of adequate medical care for a life-threatening medical condition." (ECF No. 2 at PageID 2–3.) He asserts that, "[d]espite this diagnosis, [he] has not received timely oncology treatment, surgical intervention, chemotherapy, or consistent follow-up care." (Id. at PageID 3.)

At a December 1 custody redetermination hearing before an Immigration Judge, he was denied bond under Matter of Yajure Hurtado, 29 I. & N. Dec. 216 (B.I.A. 2025). (ECF No. 2-2 at PageID 24–25.) The Petition seeks immediate release from Respondents' custody. (ECF No.

2 at PageID 4.) Gutierrez Hidalgo states that he served the Petition on all Respondents on February 24. (Id. at PageID 5–6.)

Upon review of the Petition, it is **ORDERED** as follows:

(1)    The Clerk is directed to email a copy of this Order to the United States Attorney for the Western District of Tennessee at the following email address: **stuart.canale@usdoj.gov**.

(2)    Respondents shall respond to the Petition in writing within **five days** of this Order.

(3)    Gutierrez Hidalgo may file a reply after Respondents' responsive filing.

(4)    Respondents shall not transfer Gutierrez Hidalgo out of the West Tennessee Detention Facility during the pendency of the Petition.

**IT IS SO ORDERED,** this 4th day of March, 2026.

                                                s/ Sheryl H. Lipman
                                                SHERYL H. LIPMAN
                                                CHIEF UNITED STATES DISTRICT JUDGE