IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| CARLOS ALBERTO GUTIERREZ HIDALGO,<br><br>　　Petitioner,<br><br>v.<br><br>CHRISTOPHER BULLOCK, Field Office Director of Immigration and Customs Enforcement, New Orleans Field Office, Immigration and Customs Enforcement,<br><br>　　Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)　　No. 2:26-cv-02217-SHL-cgc<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER REQUIRING APPEARANCE OF COUNSEL IN RELATED CASE**

　　Petitioner Carlos Alberto Gutierrez Hidalgo filed his pro se Emergency Petition for Writ of Habeas Corpus on March 2, 2026. (ECF No. 2.) He seeks immediate release from ICE custody, arguing that, after having been diagnosed with colon cancer while in detention, his "[c]ontinued detention without meaningful review" violates due process. (Id. at PageID 1–3.) The Court has set a hearing on the Petition. (ECF No. 11.) The purpose of the hearing is to examine an apparent conflict between Gutierrez Hidalgo's Petition for immediate release before this Court and, in a related Immigration Court case, his recent request for voluntary removal. (Id. at PageID 156; see also ECF No. 10 at PageID 114–15.)

　　Gutierrez Hidalgo is not represented by counsel in his Petition before this Court. However, Gutierrez Hidalgo has counsel in the related matter before the Immigration Court. (ECF No. 10 at PageID 105.) Court documents indicate that Gutierrez Hidalgo's attorney in the immigration matter is Sarah Schnaithman of Amory, Mississippi. (ECF No. 10-3 at PageID 139.)

Because the hearing before this Court touches on Schnaithman's representation of her client in the related immigration case, she is **ORDERED** to attend the hearing before this Court set for **Monday, March 16, 2026, at 4:00 p.m.,** in Courtroom 1, Odell Horton Federal Building, Memphis, Tennessee.  Given that Respondent notified the Court of these conflicting positions taken in the two cases, counsel for Respondent is **ORDERED** to serve this Order on Schnaithman.

**IT IS SO ORDERED,** this 10th day of March, 2026.

> s/ Sheryl H. Lipman
> SHERYL H. LIPMAN
> CHIEF UNITED STATES DISTRICT JUDGE